IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03004-WJM-KLM

ANTWAN OCIE GATLIN,

    Plaintiff,

v.

STEVE BROWN, SR., Investigator,
JESSICA JARAMILLO, Correctional Officer,
STEVE BROWN, JR., Assistant Warden.
CHAD PENNER, Case Manager,
CHRIS DURGA, Correctional Officer,
PAUL DOSE, Shift Supervisor,
LARRY COX, Chief of Security,
JACK CHAPMAN, Hearings Disciplinary Officer, and
ELLEN HAARMANN, Correctional Counselor,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Accept Late Filing of Their Motion to Amend the Caption** [Docket No. 89; Filed March 11, 2013] (the "Motion to File"); on Defendants' **Motion to Amend the Caption** [Docket No. 91; Filed March 22, 2013] (the "Motion to Amend"); and on Plaintiff's **Request for Extension of Time** [Docket No. 97; Filed March 15, 2013] (the "Plaintiff's Motion").

    In Plaintiff's Motion [#97], Plaintiff requests extensions of three deadlines for unspecified matters: March 8, March 15, and June 1, 2013. Plaintiff claims that he has not yet received a copy of the Minutes for the Scheduling Conference held on February 27, 2013, outlining the various deadlines in this matter.

    IT IS HEREBY **ORDERED** that Plaintiff's Motion [#97] is **GRANTED in part, DENIED in part, and DENIED as moot in part**, as follows:

    Plaintiff's Motion is **granted** to the extent it requests an extension of the March 15, 2013 deadline for joinder of parties or amendment of pleadings. The deadline for joinder

of parties or amendment of pleadings is extended to **April 4, 2013**.

Plaintiff's Motion is **denied without prejudice** to the extent it seeks an extension of the June 1, 2013 deadline for designation of affirmative experts.

Plaintiff's Motion is **denied as moot** to the extent it seeks an extension of the March 8, 2013 deadline for Defendants to file a motion to amend the case caption. The Court has already addressed this request. *See Minute Order* [#95].

IT IS FURTHER **ORDERED** that the Clerk of the Court shall send Plaintiff another hard copy of the Minutes (with attachments) from the Scheduling Conference held on February 27, 2013 [#81, #81-1, #81-2].

Turning to Defendants' Motion to File [#89], Defendants cite significant technological problems throughout their law firm the day they were required to file their Motion to Amend [#91]. They filed the Motion to Amend on the next business day. Accordingly,

IT IS FURTHER **ORDERED** that the Motion to File [#89] is **GRANTED**. Defendants' Motion to Amend [#91] is accepted as timely filed.

IT IS FURTHER **ORDERED** that the Motion to Amend [#91] is **GRANTED**. Defendant Mary Holdridge was dismissed from this action on January 17, 2013 [#73]. On February 15, 2012, Defendants Anthony A. DeCesaro, Barry Sloan, and John Doe were dismissed from this action [#14]. These four Defendants shall be stricken from all future case captions.

Dated: March 18, 2013