IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03004-WJM-KLM

ANTWAN OCIE GATLIN,

    Plaintiff,

v.

STEVE BROWN, SR., Investigator,
JESSICA JARAMILLO, Correctional Officer,
STEVE BROWN, JR., Assistant Warden.
CHAD PENNER, Case Manager,
CHRIS DURGA, Correctional Officer,
PAUL DOSE, Shift Supervisor,
LARRY COX, Chief of Security,
JACK CHAPMAN, Hearings Disciplinary Officer, and
ELLEN HAARMANN, Correctional Counselor,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Blank Witness Subpeona** [sic] [Docket No. 111; Filed May 2, 2013] (the "Motion"). In the Motion [#111], Plaintiff, who proceeds in this matter as an incarcerated *pro se* individual, requests that the Court enter an Order providing him with five blank witness subpoena forms. See Fed. R. Civ. P. 45. Plaintiff does not state on whom these subpoenas will be served or where and when the subpoenas will order the unnamed witnesses to appear.

    Rule 45 governs the Court's issuance of subpoenas to compel witnesses to attend and give testimony at hearings or trials. A subpoena may be issued by the Court, the Clerk

of the Court, or an attorney as an officer of the Court for witnesses and documents found within its jurisdiction.  See Fed. R. Civ. P. 45(a)(2), (3); *U.S. Catholic Conference v. Abortion Rights Mobilization, Inc.*, 487 U.S. 72 (1988).  Thus, a *pro se* litigant who is not a licensed attorney may not issue subpoenas on his own and must seek them from the Court.  See *United States v. Meredith*, 182 F.3d 934, at *1 (10th Cir. 1999) (unpublished).

Pursuant to Fed. R. Civ. P. 45(a)(3), the Clerk of Court "*must* issue a subpoena, signed but otherwise in blank, to a party who requests it." (Emphasis added).  Although the Court may quash a subpoena after service, the Court apparently has no discretion to deny issuance of subpoenas on request.  Thus,

IT IS HEREBY **ORDERED** that the Motion [#111] is **GRANTED**. [1]

IT IS FURTHER **ORDERED** that the Clerk of the Court shall mail five signed but otherwise blank subpoenas to Plaintiff at his address listed on the electronic docket.

Dated:  May 3, 2013

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge

---

[1] Plaintiff is warned that, pursuant to Fed. R. Civ. P. 45(c)(1), "[a] party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena.  The issuing court must enforce this duty and may impose an appropriate sanction . . . on a party or attorney who fails to comply."