IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03004-WJM-KLM

ANTWAN OCIE GATLIN,

    Plaintiff,

v.

STEVE BROWN, SR., Investigator,
JESSICA JARAMILLO, Correctional Officer,
STEVE BROWN, JR., Assistant Warden.
CHAD PENNER, Case Manager,
CHRIS DURGA, Correctional Officer,
PAUL DOSE, Shift Supervisor,
LARRY COX, Chief of Security,
JACK CHAPMAN, Hearings Disciplinary Officer, and
ELLEN HAARMANN, Correctional Counselor,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion to Allow Plaintiff's Deposition Pursuant to F.R.C.P. 30(a)(2)(B)** [Docket No. 136; Filed September 26, 2013] (the "Motion to Depose") and on Defendants' **Motion for Extension of Time to Extend Discovery Cutoff for the Limited Purpose of Taking the Deposition of Plaintiff Antwan Gatlin** [Docket No. 138; Filed September 26, 2013] (the "Motion for Extension"). Defendants seek an Order allowing them to conduct the deposition of Plaintiff, an incarcerated individual. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Plaintiff Antwan Gatlin, #110044, is

presently incarcerated by the Colorado Department of Corrections at Arrowhead Correctional Center in Canon City, Colorado.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion to Depose [#136] is **GRANTED**. Defendants may take Plaintiff's deposition with regard to this litigation.

IT IS FURTHER **ORDERED** that the Motion for Extension [#138] is **GRANTED**. The discovery deadline is extended to **November 1, 2013**, for the sole purpose of taking Plaintiff's deposition.

IT IS FURTHER **ORDERED** that the deposition shall take place at Arrowhead Correctional Center or, if Plaintiff is moved to a different correctional facility subsequent to this Order, at Plaintiff's new correctional facility.

Dated:  October 1, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge

presently incarcerated by the Colorado Department of Corrections at Arrowhead Correctional Center in Canon City, Colorado.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion to Depose [#136] is **GRANTED**. Defendants may take Plaintiff's deposition with regard to this litigation.

IT IS FURTHER **ORDERED** that the Motion for Extension [#138] is **GRANTED**.  The discovery deadline is extended to **November 1, 2013**, for the sole purpose of taking Plaintiff's deposition.

IT IS FURTHER **ORDERED** that the deposition shall take place at Arrowhead Correctional Center or, if Plaintiff is moved to a different correctional facility subsequent to this Order, at Plaintiff's new correctional facility.

Dated:  October 1, 2013

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge