IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03004-WJM-KLM

ANTWAN OCIE GATLIN,

      Plaintiff,

v.

STEVE BROWN, SR., Investigator,
JESSICA JARAMILLO, Correctional Officer,
STEVE BROWN, JR., Assistant Warden.
CHAD PENNER, Case Manager,
CHRIS DURGA, Correctional Officer,
PAUL DOSE, Shift Supervisor,
LARRY COX, Chief of Security,
JACK CHAPMAN, Hearings Disciplinary Officer, and
ELLEN HAARMANN, Correctional Counselor,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Request for Injunctive Order** [#161] (the "Motion"). On May 7, 2014, the District Judge entered an Order [#168] dismissing one of Plaintiff's Eighth Amendment claims and entering judgment in favor of Defendants on Plaintiff's other Eighth Amendment claim. Thus, no claims remain in this lawsuit, and Plaintiff's request for injunctive relief regarding his "legal pursuits" in this matter is moot.

      IT IS HEREBY **ORDERED** that the Motion [#161] is **DENIED as moot**.

      Dated: May 7, 2014