**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-03004-WJM-KLM

ANTWAN OCIE GATLIN,

    Plaintiff,

v.

STEVE BROWN, SR., Investigator,
JESSICA JARAMILLO, Correctional Officer,
STEVE BROWN, JR., Assistant Warden,
CHAD PENNER, Case Manager,
CHRIS DURGA, Correctional Officer,
PAUL DOSE, Shift Supervisor,
LARRY COX, Chief of Security,
JACK CHAPMAN, Hearings Disciplinary Officer, and
ELLEN HAARMANN, Correctional Counselor,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Adopting April 4, 2014 Recommendation of Magistrate Judge, Granting Defendants' Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on May 7, 2014,

    IT IS ORDERED that

    (1)    The Magistrate Judge's Recommendation (ECF No. 167) is ADOPTED in its entirety;

    (2)    Defendants' Motion for Summary Judgment (ECF No. 153) is GRANTED;

(3) Plaintiff's Eighth Amendment claim regarding the December 16, 2010 incident is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies; and

(4) Final Judgment is entered in favor of Defendants and against Plaintiff with respect to Plaintiff's Eighth Amendment claim regarding the February 9, 2010 incident. The parties shall bear their own costs.

Dated at Denver, Colorado, this  7th  day of May 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk